1422

**96–2174 and 96–2175. Smith v. Ohio Dept. of Human Serv.**

Clermont App. No. CA96–05–045. On motion for stay. Motion denied.

PFEIFER, J., would dismiss.

On motion to prevent future filings. Motion granted.

PFEIFER, J., would dismiss.

**96–2194. State v. Patrick.**

Montgomery App. No. 15225. On motion for leave to file delayed appeal. Motion denied.

MOYER, C.J., RESNICK and STRATTON, JJ., dissent.

**96–2204. State v. Moore.**

Hamilton App. No. C–950009. On motion for leave to file delayed appeal. Motion granted. On motion for appointment of counsel. Motion granted and State Public Defender appointed.